IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

**RECEIVED**
2017 MAR 24 P 3: 19
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Warren B Smith
Post Office Box 87
New Brockton, Ala 36351
Plaintiff(s),

v.

Sikorsky
299 Airport Road
Troy, Alabama
Defendant(s).

CIVIL ACTION NO. 2:17-CV-172-WKW-GB

JURY DEMAND (MARK ONE)

☒ YES     ☐ NO

## COMPLAINT

1. Plaintiff(s)' address and telephone number: Sikorsky, 299 Airport Blvd, Troy, Alabama, 334-807-8200

2. Name and address of defendant(s): Warren B. Smith, Post Office Box 87, New Brockton, Alabama 36351

3. Place of alleged violation of civil rights: Sikorsky, Troy, Alabama

4. Date of alleged violation of civil rights: March 25, 2015 \ Sept. 2014

5. State the facts on which you base your allegation that your constitutional rights have been violated: Terminated While On Family Medical Leave Act, Even Though Physician Documentation Was Provided To Union Representatives And Human Resource Department At The Company.

1

6. Relief requested: Lost Salary For The Period Of Two (2) Years. Unspecified Damages Due To Willful Neglect Of FMLA Laws And Doctor's Letters Of Recommendation And Conclusions $250,000.00

Date: March 23, 2017

*Karren B. Smith*
Plaintiff(s) Signature

NOTARY

*Lenwood Herron*       March 23, 2017
LENWOOD HERRON, NOTARY
My Commission Expires 9/8/2020

2