**FAMILY PRACTICE CLINIC OF DOTHAN, P.A.**
dba **FIRST MED OF DOTHAN**
1245 Westgate Parkway
Dothan, Alabama  36303-2151
Tel.: (334) 793-9595

DIPLOMATES, AMERICAN BOARD OF FAMILY PRACTICE

Roddy D. Cook, M.D.
C. Ted Paulk, M.D.
R. Michael O'Brien, M.D.

Joseph D. Fountain, D.O.
Lance K. Dyess, M.D.
Kelli K. Anderson, C.R.N.P.

April 14, 2015

RE:   Warren Smith   #58014

To Whom It May Concern:

Mr. Smith has had two FMLA forms completed by me.  The first one is dated December 16, 2014 and the second is dated March 12, 2015.  There is a discrepancy on question #7 of these forms.  The form dated March 12, 2015, section #7 that deals with frequency of flare-ups, is the correct number and the form dated on December 16, 2014, question #7 regarding frequency, should read the same as the form dated March 12, 2015.

If any further information is needed, please do not hesitate to call me.

Sincerely,

*[signature]*

C. Ted Paulk, M.D.

CTP/db

PLAINTIFF'S EXHIBIT A
PENGAD 800-631-6989